JS6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA A. STRAINER,<br><br>                  Plaintiff,<br><br>      v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>                  Defendant. | Case No. 5:17-cv-01802-SHK<br><br>JUDGMENT |

It is the judgment of this Court that the Commissioner of Social Security's decision is REVERSED and this case is REMANDED to the Social Security Administration for further proceedings consistent with this Court's Order.

IT IS SO ORDERED.

DATED: 7/30/2018

HONORABLE SHASHI H. KEWALRAMANI
United States Magistrate Judge